

**ORDERED in the Southern District of Florida on February 12, 2019.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:    PROCEEDINGS UNDER CHAPTER 13
CASE NO.: 17-16197-RAM

**Guillermo Jorge Prado-Leyton**
**Nora Perez-Prado**
         **Debtors      /**

### ORDER GRANTING MOTION TO REOPEN FOR THE SOLE PURPOSE OF SHORTENING PREJUDICE PERIOD

THIS CASE came on to be heard on February 12, 2019 at 9:00 a.m. upon Debtors' Motion to Reopen for the Sole Purpose of Shortening Prejudice Period [DE#110] and based upon the record, it is:

**ORDERED** as follows:

1. The Motion is hereby **GRANTED.**
2. This is case is Reopened and the prejudice period of the dismissal is shortened in order to allow the debtors to immediately file a new bankruptcy case.
3. The debtors agree to vesting and agree to not request any extensions of time to file documents and/or schedules required under 11 U.S.C.§521.
4. The debtors agree that all payments in the new case shall be vested.
5. The debtors shall file a new bankruptcy case within 30 days of the hearing of this Motion.

###

Submitted By:

**Law Offices of Patrick L. Cordero, P.A.**
*Counsel for the Debtor*
7333 Coral Way
Miami, FL 33155
(305) 445-4855
(305) 445-9483
　　　　/s/ (FILED CM/ECF)
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992

Attorney, Patrick L. Cordero, is directed to furnish a complete and correct copy of this order to all interested parties and file a certificate of service with the court.